IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JAMES STEVENS *et al.*, | : |
| | : |
|     Plaintiffs, | : |
| | : |
| v. | :   CASE NO.: 7:24-CV-27 (WLS) |
| | : |
| 3 SQUARES DINER LLC, | : |
| | : |
|     Defendant. | : |
| | : |

## **ORDER**

      In an Order (Doc. 13) entered on July 17, 2024, the Court ordered Counsel for Plaintiff to show cause why it should not issue sanctions for failure to attend the scheduling and discovery conference on July 16, 2024. Plaintiff's Counsel responded on July 17, 2024. (Doc. 14).

      Counsel, in his Response explains that he failed to appear due to an "unusual scheduling error that will not be repeated." (*Id.* ¶ 5). Counsel also apologizes to the Court and Defense Counsel for the failure to attend. The Court acknowledges Counsel's timely Response. The apology is accepted by the Court, and it finds that no sanction is necessary or appropriate. Counsel is reminded that he has a duty to attend all scheduled conferences and comply with Court deadlines in a timely fashion. Or, if unavoidable or unforeseen circumstances prevent attendance or compliance, an extension should be timely requested.

      Additionally, the Court notes that Plaintiff's Counsel attempted to submit an apology letter to the Court through the Courtroom Deputy. Such communications raise significant *ex parte* communication concerns, regardless of their good intentions. The Court reminds Counsel that all communications to the Court should be properly filed on the docket to give the other parties notice of the substance of those communications and an opportunity to respond.

      **SO ORDERED**, this 23rd day of July 2024.

                                      **/s/ W. Louis Sands**
                                      **W. LOUIS SANDS, SR. JUDGE**
                                      **UNITED STATES DISTRICT COURT**