**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| JAMES STEVENS *et al.*, | : |
| | : |
|     Plaintiffs, | : |
| | : |
| v. | :    CASE NO.: 7:24-CV-27 (WLS) |
| | : |
| 3 SQUARES DINER LLC, | : |
| | : |
|     Defendant. | : |
| | : |

## ORDER

On September 18 and 19, 2024, the Court received Plaintiff's Notices (Docs. 17 & 18) of consent to join action signed by one Brandy Apperson. Under 29 U.S.C. § 219(b), "[n]o employee shall be a party plaintiff to any [FLSA] action unless he gives his consent in writing to become such a party and such consent is filed in the court in which such action is brought[.]" The Court finds that the Notices (Docs 17 & 18) satisfy the requirements of § 219(b), and therefore the Notices are **ACCEPTED**.

**SO ORDERED**, this 20th day of September 2024.

                                          /s/ W, Louis Sands
                                          **W. LOUIS SANDS, SR. JUDGE
                                          UNITED STATES DISTRICT COURT**