**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| JAMES STEVENS *et al.*, | : | |
| | : | |
|     Plaintiffs, | : | |
| | : | |
| v. | : | CASE NO.: 7:24-CV-27 (WLS) |
| | : | |
| 3 SQUARES DINER LLC, | : | |
| | : | |
|     Defendant. | : | |
| | : | |

**ORDER**

    Before the Court is Plaintiff James Stevens ("Plaintiff Stevens") Joint Notice of Settlement and Motion to Stay Deadlines (Doc. 32). Therein, the Parties inform the Court that they have reached a settlement in principle to settle the claims by Plaintiff and the proposed FLSA collective.

    Accordingly, the Parties are **ORDERED** to file a motion for settlement approval no later than **Monday, January 20, 2025**, or otherwise file, by that date, a written update as to the status of the settlement and a motion requesting additional time for good cause. The case is **STAYED** until **Monday, January 20, 2025,** and all previously scheduled deadlines are suspended until that date. Additionally, Plaintiff's Motion for Conditional Certification is **DENIED-AS-MOOT**, without prejudice.

    **SO ORDERED**, this 20th day of December 2024.

                                                                  **/s/ W. Louis Sands**
                                                                  **W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**