**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| **James Stevens,** *on behalf of himself and all others similarly situated,* : : : | |
| **Plaintiff,** : : | **CIVIL ACTION FILE NO:** **7:24-CV-00027-WLS** |
| **v.** : : | |
| **3 Squares Diner, LLC,** : : | |
| **Defendant.** : | |

**JOINT MOTION FOR PRELIMINARY APPROVAL OF COLLECTIVE ACTION SETTLEMENT AGREEMENT**

Plaintiff James Stevens ("Plaintiff") and Defendant 3 Squares Diner, LLC ("Defendant"), hereby move for entry of an Order granting preliminary approval of the Parties' Collective Action Settlement Agreement.

The Parties respectfully request the Court (i) conditionally certify the following Collective for purposes of settlement: "All hourly, non-exempt employees who worked at 3 Squares restaurant locations as line cooks or servers, from April 1, 2022 through February 5, 2025, who were subject to the deduction of 30 minute unpaid meal period(s) from their wages"; (ii) appoint Lemberg Law, LLC as Class Counsel; (iii) preliminarily approve the terms of the Settlement Agreement as a fair, reasonable, and adequate resolution of a bona fide dispute between the Parties; (iv) approve the form, content and method of delivering notice to the Collective as set out in the Settlement Agreement as the best notice that is practicable under the circumstances; and (v) schedule a Final Approval hearing in accordance with the deadlines proposed in the Settlement Agreement.

2

In support, the Parties submit the accompanying Memorandum of Law, the Declarations of Sergei Lemberg and Joshua Markovits, and the Settlement Agreement and its exhibits.

For the reasons set forth in the accompanying Memorandum of Law, the Parties respectfully request that the Court enter the Preliminary Approval Order in the form attached as <u>Exhibit B</u> to the Settlement Agreement and submitted herewith as <u>Exhibit 1</u> to this motion.

| | |
|---|---|
| LEMBERG LAW, L.L.C.<br>*Attorneys for Plaintiff* | WATSON SPENCE LLP<br>*Attorneys for Defendant* |
| */s/ Sergei Lemberg*<br>Sergei Lemberg<br>Georgia Bar No: 598666<br>Stephen Taylor *(pro hac vice admission)*<br>Joshua Markovits *(pro hac vice admission)*<br>43 Danbury Road, 3rd Floor<br>Wilton, CT 06897<br>(203) 653-2250 Telephone<br>(203) 653-3424 Facsimile<br>slemberg@lemberglaw.com<br>staylor@lemberglaw.com<br>jmarkovits@lemberglaw.com | */s/ Christopher L. Foreman*<br>Christopher L. Foreman<br>Georgia Bar No: 507739<br>Louis E. Hatcher<br>Georgia Bar No: 337342<br>Tyerus R. Skala<br>Georgia Bar No: 764980<br>Post Office Box 2008<br>Albany, Georgia 31702-2008<br>(229) 436-1545 Telephone<br>(229) 436-6358 Facsimile<br>cforeman@watsonspence.com<br>lhatcher@watsonspence.com<br>tskala@watsonspence.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing *Joint Motion for Approval of Settlement Agreement* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all persons duly registered therewith to receive filings in the above-styled matter.

This 5th day of February, 2025.

*/s/ Sergei Lemberg*
Sergei Lemberg