**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| **James Stevens,** *on behalf of himself and all others similarly situated,* : : : | |
| **Plaintiff,** : : | **CIVIL ACTION FILE NO:** **7:24-CV-00027-WLS** |
| v. : : | |
| **3 Squares Diner, LLC,** : : | |
| **Defendant.** : | |

### JOINT MOTION FOR FINAL APPROVAL OF COLLECTIVE ACTION SETTLEMENT AGREEMENT

Plaintiff James Stevens ("Plaintiff") and Defendant 3 Squares Diner, LLC ("Defendant"), hereby move for entry of an Order granting final approval of the Parties' Collective Action Settlement Agreement.

The Parties respectfully request the Court (i) certify the Collective for purposes of settlement; (ii) appoint Lemberg Law, LLC as Class Counsel; (iii) grant final approval to the terms of the Settlement Agreement as a fair, reasonable, and adequate resolution of a bona fide dispute between the Parties; and (iv) find the notice to the Collective was the best notice that is practicable under the circumstances.

In support, the Parties submit the accompanying Memorandum of Law, and the Declarations of Sergei Lemberg, Joshua Markovits and Tanner Nicodemus.

For the reasons set forth in the accompanying Memorandum of Law, the Parties respectfully request that the Court enter the Final Approval Order submitted herewith as Exhibit 1 to this motion.

Dated: June 25, 2025

| | |
|---|---|
| LEMBERG LAW, L.L.C.<br>*Attorneys for Plaintiff*<br><br>*/s/ Sergei Lemberg*<br>Sergei Lemberg<br>Georgia Bar No: 598666<br>Stephen Taylor *(pro hac vice admission)*<br>Joshua Markovits *(pro hac vice admission)*<br>43 Danbury Road, 3rd Floor<br>Wilton, CT 06897<br>(203) 653-2250 Telephone<br>(203) 653-3424 Facsimile<br>slemberg@lemberglaw.com<br>staylor@lemberglaw.com<br>jmarkovits@lemberglaw.com | WATSON SPENCE LLP<br>*Attorneys for Defendant*<br><br>*/s/ Christopher L. Foreman*<br>Christopher L. Foreman<br>Georgia Bar No: 507739<br>Louis E. Hatcher<br>Georgia Bar No: 337342<br>Tyerus R. Skala<br>Georgia Bar No: 764980<br>Post Office Box 2008<br>Albany, Georgia 31702-2008<br>(229) 436-1545 Telephone<br>(229) 436-6358 Facsimile<br>cforeman@watsonspence.com<br>lhatcher@watsonspence.com<br>tskala@watsonspence.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing *Joint Motion for Approval of Settlement Agreement* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all persons duly registered therewith to receive filings in the above-styled matter.

This 25th day of June, 2025.

*/s/ Sergei Lemberg*
Sergei Lemberg