**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

JAMES STEVENS *et al.*,            :
                                   :
      Plaintiffs,              :
                                   :       CASE NO.: 7:24-CV-27 (WLS)
v.                                 :
                                   :
3 SQUARES DINER LLC,               :
                                   :
      Defendant.              :
                                   :

## <u>ORDER</u>

On December 19, 2025, the Court granted Parties' Joint Petition for Final Approval of Collective Action Settlement Agreement and Plaintiff's Motion for an Award of Attorney's Fees and Costs. (Doc. 47). In that Order, the Court ordered Plaintiffs' Complaint dismissed with prejudice "upon notice of payment of the settlement amount and attorney fees. Counsel shall immediately file written notice on the docket to notify accordingly. An order of dismissal will then be entered." (*Id.* At 9). To date, the Court has not received notice of payment of the settlement amount and attorney fees. Therefore, Parties are **ORDERED** to file the same on the record by no later than **Monday, April 20, 2026**, or, if Parties are unable so file by that date, show cause for their delay and request additional time to comply with the Court's previous Order, if necessary or desired.

**SO ORDERED**, this 19th day of March, 2026.

                         <u>/s/ W. Louis Sands</u>
                         **W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1